FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-2125
_____

CHRISTOPHER CHANCEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Ineffective Assistance of Appellate Counsel—Original
Jurisdiction.

May 16, 2024

PER CURIAM.

The Court denies the petition alleging ineffective assistance
of appellate counsel on the merits.

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Christopher Chancey, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.